**Electronically Filed
Intermediate Court of Appeals
CAAP-13-0000595
19-JAN-2016
01:54 PM**

NO.   CAAP-13-0000595

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

RUTH RYAN, Plaintiff/Counterclaim Defendant/Appellee,
v.
JOHN HERZOG, Defendant/Counter-Claimant/Appellant

APPEAL FROM THE DISTRICT COURT OF THE SECOND CIRCUIT
LAHAINA DIVISION
(DC-CIVIL NO. 08-1-0948)

ORDER GRANTING IN PART AND DENYING IN PART
MOTION FOR CLARIFICATION AND FOR
RECONSIDERATION OF SUMMARY DISPOSITION ORDER
(By:  Fujise, Presiding Judge, Reifurth, Ginoza, JJ.)

Upon consideration of Defendant-Appellant John Herzog's (Herzog) November 27, 2015 "Motion for Clarification and for Reconsideration of Summary Disposition Order" (Motion) of this court's November 18, 2015 Summary Disposition Order, Plaintiff-Appellee Ruth Ryan's "Memorandum In Response to [Herzog's] Motion for Reconsideration," and the records and files in this case,

IT IS HEREBY ORDERED that the Motion is denied to the extent that it seeks clarification or modification of the Summary Disposition Order.

The Motion is granted to the extent that this court's prior grant of costs in the earlier Appeal No. 29461 will be incorporated in the judgment in this appeal.

DATED: Honolulu, Hawai'i, January 19, 2016.

Presiding Judge

Associate Judge

Associate Judge

2